IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-01340-PAB-MJW

TIMOTHY DOTY,

Plaintiff(s),

v.

CITY AND COUNTY of BROOMFIELD,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion for Entry of Stipulation and Protective Order (docket no. 25) is GRANTED finding good cause shown.  The Stipulated and Protective Order (docket no. 25-1) is APPROVED and made an Order of Court.

Date: October 5, 2012