IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01340-PAB-MJW

TIMOTHY DOTY,

Plaintiff(s),

v.

CITY AND COUNTY of BROOMFIELD,
BARBARA WISNIEWSKA,
SGT. MIKE JONES, and
STACEY JASPER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Withdraw Document: [#18] Defendant Barbara Wisniewska, R.N.'s Motion for Order Confirming that Defense Counsel May Conduct *Ex Parte* Witness Interviews of Plaintiff's Treating Health Care Providers (Docket No. 33) is granted, and thus Docket No. 18 is deemed withdrawn.

Date: October 10, 2012