IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-01340-PAB-MJW

TIMOTHY DOTY,

Plaintiff(s),

v.

CITY AND COUNTY of BROOMFIELD,
BARBARA WISNIEWSKA,
SGT. MIKE JONES, and
STACEY JASPER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Unopposed Motion to Modify the Scheduling Order to Extend the Deadlines to Disclose Pursuant to Fed.R.Civ.P. 26(a)(2) (Docket No. 40) is granted, finding good cause shown.  The Scheduling Order (Docket No. 17) is thus amended such that plaintiff shall have up to and including January 2, 2013, to make his initial expert disclosures, defendants shall have up to and including February 4, 2013, to make their expert disclosures, and plaintiff shall have up to and including March 4, 2013, for his rebuttal expert disclosures.

Date: November 30, 2012