IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01340-PAB-MJW

TIMOTHY DOTY,

Plaintiff(s),

v.

CITY AND COUNTY of BROOMFIELD,
BARBARA WISNIEWSKA,
SGT. MIKE JONES, and
STACEY JASPER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants' Motion to Compel Disclosure of Computation of Economic Damages (docket no. 43) is DENIED for the following reasons.  Plaintiff has already provided to Defendants his Rule 26(a)(1) disclosures.  Furthermore, on December 5, 2012, Plaintiff provided to Defendant his Second Supplemental Fed. R. Civ. P. 26(a)(1) Disclosure (docket no. 45-2).  In addition, Plaintiff has provided to Defendants numerous signed releases for medical records and other documents (docket no. 45-1) and Plaintiff's 2009 federal income tax return (docket no. 45-3).  Further, this court has allowed depositions to be taken by both sides, and the Defendants may take the deposition of Plaintiff to obtain any further information regarding damages claimed directly from the Plaintiff.  See Rule 16 Scheduling Order.  Lastly, both Plaintiff and Defendants are reminded of their duties to supplement their discovery responses.

Date: December 10, 2012