IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01340-PAB-MJW

TIMOTHY DOTY,

Plaintiff(s),

v.

CITY AND COUNTY of BROOMFIELD,
BARBARA WISNIEWSKA,
SGT. MIKE JONES, and
STACEY JASPER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Modify the Scheduling Order to Extend the 26(a)(2) Deadline a Second Time (Docket No. 47) is granted, finding good cause shown.  The Scheduling Order (Docket No. 17) is thus amended to extend the plaintiff's expert disclosure deadline up to and including February 4, 2013, the defendant's expert disclosure deadline up to and including March 4, 2013, the plaintiff's expert rebuttal deadline up to and including April 2, 2013, and the discovery deadline up to and including May 2, 2013.

Date: January 3, 2013