IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01340-PAB-MJW

TIMOTHY DOTY,

      Plaintiff,

v.

CITY AND COUNTY OF BROOMFIELD,
BARBARA WISNIEWSKA,
SGT. MIKE JONES, and
STACEY JASPER,

      Defendant.

---

## ORDER

---

This matter comes before the Court on the Stipulated Motion to Dismiss With Prejudice [Docket No. 52].  The Court has reviewed the pleading and is fully advised in the premises.  It is

ORDERED that the is Stipulated Motion to Dismiss With Prejudice [Docket No. 52] GRANTED.  It is further

ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant Barbara Wisniewska are dismissed with prejudice, with each party to bear his or her own attorneys' fees and costs.

DATED February 14, 2013.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge