IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01340-PAB-MJW

TIMOTHY DOTY,

Plaintiff(s),

v.

CITY AND COUNTY of BROOMFIELD,
GT. MIKE JONES, and
STACEY JASPER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants' Unopposed Motion to Amend the Scheduling Order to Extend the Dispositive Motion Deadline (Docket No. 54) is granted, finding good cause shown.  The Scheduling Order (Docket No. 17) is thus amended to extend the dispositive motion deadline up to and including May 3, 2013.

Date: March 19, 2013