IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01340-PAB-MJW

TIMOTHY DOTY,

Plaintiff(s),

v.

CITY AND COUNTY of BROOMFIELD,
GT. MIKE JONES, and
STACEY JASPER,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Amended Unopposed Motion to Modify the Scheduling Order to Extend the Discovery Deadline 14 Days (Docket No. 58) is granted. The Scheduling Order is amended to extend the discovery deadline up to and including May 16, 2013.

Date: May 6, 2013