IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01340-PAB-MJW

TIMOTHY DOTY,

Plaintiff(s),

v.

CITY AND COUNTY of BROOMFIELD,
GT. MIKE JONES, and
STACEY JASPER,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that defendants' Motion for Preservation Deposition of Lauren Ferster (Docket No. 84) is **GRANTED**, finding good cause shown in the motion (Docket No. 84) and Reply (Docket No. 95).  Defendants shall be permitted to take a videotaped preservation deposition of Ms. Ferster.

Ms. Ferster had been designated by defendants as a "will call witness" (see Final Pretrial Order, Docket No. 66-1 at 2).  Defendants only very recently discovered that Ms. Ferster is now seven months pregnant and that her doctor has advised her not to travel from her home in Texas to Denver to testify at trial.  The need for the preservation deposition was not reasonably foreseeable inasmuch as Ms. Ferster was deposed over nine months ago on December 14, 2012, and defendants had no reason to anticipate her current condition.  Defendants promptly filed the instant motion upon learning of Ms. Ferster's inability to travel.  While Ms. Ferster has already been deposed once, there is a practical distinction between a trial deposition and a discovery deposition.  See Prince Lionheart, Inc. v. Halo Innovations, Inc., 2007 WL 2935818, at *2 (D. Colo. Oct. 5, 2007).  The court notes that plaintiff's counsel asserts that he is "booked solid" prior to trial and "does not have the time or opportunity to conduct an additional deposition that will distract from other critical responsibilities." (Docket No. 90 at 1-2).  As correctly noted by defendants, however, two additional attorneys have recently entered an appearance on behalf of plaintiff (see Docket Nos. 87 and 88), and any of the four attorneys of record for plaintiff can attend the deposition, even telephonically.

It is further **ORDERED** that counsel shall forthwith confer and set a date and time for Ms. Ferster's videotaped preservation deposition and advise the court when such

2

deposition will be taken.

Date: October 2, 2013