**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 7, 2013 |
| Court Reporter: Janet Coppock | Time: one hour and 7 minutes |

**CASE NO. 12-cv-01340-PAB-MJW**

| Parties | Counsel |
|---|---|
| **TIMOTHY DOTY,** | Raymond Bryant |
| | Joseph Whitcomb |
| Plaintiff, | |
| vs. | |
| **STACEY JASPER,** | David Goldfarb |
| | Eric Ziporin |
| | Bill Tuthill |
| Defendant. | |

**TRIAL PREPARATION CONFERENCE**

**10:05 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 5-day jury trial commencing October 22, 2013.  Counsel are advised that there is a older civil case scheduled to commence October 22, 2013 and it appears it will be proceeding, which would bump this case.

Discussion regarding alternative trial dates.

Plaintiff's Motion in Limine [Docket No. 82]

Page Two
12-cv-01340-PAB-MJW
October 7, 2013

Argument by Mr. Ziporin in response to the Court's questions regarding defendant's intention to introduce testimony concerning the plaintiff's drug use.

Argument by Mr. Bryant.

**ORDERED:** Defendant shall provide the Court with Dr. Morganstern's expert disclosures regarding the plaintiff's drug use by 5:00 p.m. on **October 11, 2013.**

Further argument by Mr. Ziporin.

Court will hear argument regarding the second portion of plaintiff's motion in limine addressing the plaintiff's criminal history.

Argument by Mr. Ziporin in response to the Court's questions.

Argument by Mr. Bryant.

**ORDERED:** Defendant shall file by **5:00 p.m. on October 11, 2013** a brief outlining what convictions the defendant thinks can be used to impeach the plaintiff and what periods of incarceration those convictions are linked to.

**ORDERED:** Plaintiff's Motion in Limine [Docket No. 82] is **GRANTED in PART and TAKEN UNDER ADVISEMENT in PART.**

Court and counsel discuss Judge Brimmer's Practice Standards including the logistics of trial, jury selection of 9, proposed voir dire by counsel, opening statements limited to one hour, witnesses and exhibits.

**ORDERED:** Counsel may resubmit their proposed voir dire questions by **5:00 p.m. on October 11, 2013.**

**ORDERED:** Counsel shall confer with each other and file a brief statement of the case.

**ORDERED:** Counsel shall submit new witness lists and exhibit lists in light of the Court's order entered on October 4, 2013 [Docket No. 99] by **5:00 p.m. on October 11, 2013.**

**ORDERED:** Witnesses shall be **SEQUESTERED**.

**11:12 a.m**   **COURT IN RECESS**

Page Three
12-cv-01340-PAB-MJW
October 7, 2013

**Total in court time:**     one hour and 7 minutes

**Hearing concluded**