**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01340-PAB-MJW

TIMOTHY DOTY,

    Plaintiff,

v.

STACEY JASPER,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), Final Judgment is entered as follows:

    This action was tried before a jury of nine duly sworn to try the issues herein, with U.S. District Judge Philip A. Brimmer presiding, and the jury has rendered a verdict. It is

    **ORDERED** that plaintiff TIMOTHY DOTY shall recover nothing, this action is dismissed, and judgment is entered in favor of defendant STACEY JASPER and against plaintiff TIMOTHY DOTY. It is further

    **ORDERED** that defendant STACEY JASPER is **AWARDED** her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 1st day of November, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk